IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CASE NO. 1:15CR068-NBB

CYRUS PHILEAK CONNER

### ORDER

Came on to be considered this day the motion of the defendant, petitioner, in the above styled and numbered cause moving the court for an order of termination of early supervised release.

This defendant was prosecuted and sentenced in the United States District Court of the Northern District of Texas. After serving his sentence he was transferred to this jurisdiction in Mississippi for his term of supervised release. This court has no basis at this time for terminating his supervised release nor does the U. S. Attorney have any factual reasons, pro or con, to present in this matter. The court hereby directs the U. S. Probation Office of this court to confer with the U.S. Attorney and furnish to the court any recommendation it may have based on the relevant factual circumstances that exist as to this issue.

**ORDERED and ADJUDGED** this, the ___11___ day of December, 2015.

_____
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE