PROB 35
(Rev. 10/14)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF MISSISSIPPI

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 1:15CR00068-001 |
| Cyrus Phileak Conner | |

On September 19, 2014, the above-named began his term of supervised release for a period of three years. The supervisee has complied with the rules and regulations and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

Duncan Foster
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervisee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _26th_ day of _Oct_, 2016.

Neal B. Biggers, Jr.
Senior U.S. District Judge